UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

HAMPTONS AT METROWEST
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY and NATIONWIDE
MUTUAL INSURANCE COMPANY,

    Defendants.
_____/

### DECLARATION IN SUPPORT OF REMOVAL

I, KATHY R. RICHARDS, declare as follows:

1. I am the Associate Vice President and Assistant Secretary for NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY (collectively, "NATIONWIDE"). In my position, I am personally familiar with the organization of NATIONWIDE. This Declaration is made in support of Nationwide's Notice of Removal. I have personal knowledge of the facts and matters set forth herein.

2. NATIONWIDE is a citizen of the State of Ohio and a mutual insurance company, organized, and existing under the laws of the State of Ohio.

3. NATIONWIDE's corporate headquarters and principal office is located at One Nationwide Plaza, Columbus, Ohio, both when the state court action was filed and at the present time.

[CONTINUES ON NEXT PAGE]

BERK, MERCHANT & SIMS
PLC

2 ALHAMBRA PLAZA, SUITE 700 • CORAL GABLES, FLORIDA 33134 • PHONE: 786.338.2900 • FAX: 786.338.2

EXHIBIT 2

Declaration in Support of Removal
Page 2 of 2

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Executed on __May 5__, 2015 at Columbus, Ohio.

_____
KATHY R. RICHARDS
Associate Vice President and
Assistant Secretary

BERK, MERCHANT | & | SIMS
PLC

2 ALHAMBRA PLAZA, SUITE 700 • CORAL GABLES, FLORIDA 33134 •PHONE: 786.338.2900 • FAX: 786.338.2888