IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

HAMPTONS AT METROWEST
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

PARK AVENUE AT METROWEST,
LTD., et al.,

    Defendants.    /

    And successive actions.    /

Case No.: 48-2008-CA-008235-O
BUSINESS LITIGATION
DIVISION

FILED IN OPEN COURT 2/17/15
Clerk, Cir. Ct., Orange Co., FL
By M. e _____ D.C.

## ORDER FOR POST-JUDGMENT WRIT OF GARNISHMENT

This case came before the court ex-parte on Plaintiff's motion for issuance of post-judgment writ of garnishment and

IT IS ORDERED and ADJUDGED that:

1. The Motion is GRANTED.

2. The Clerk of Court is directed to immediately issue a post-judgment Writ of Garnishment against defendant Park Avenue at Metrowest, Ltd. and directed to garnishee **Nationwide Property Casualty Ins. Co. and Nationwide Mutual Ins. Co.** ("Nationwide"), c/o Florida Chief Financial Officer as Registered Agent, 200 East Gaines St., Tallahassee, FL 32399-4201.

1



EXHIBIT 4

DONE AND ORDERED in Chambers at Orange County, Florida, on this 17th day of Feb, 2015.

_____
Circuit Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by E-Service on Feb 17, 2015, to all parties in the Service List.

_____
~~Judicial Assistant~~ atty

## SERVICE LIST

Jon Marshall Oden, FBN: 38172
Kelly M. Corcoran, FBN: 55564
Ball Janik, LLP
201 E. Pine Street, Suite 825
Orlando, FL 32801
Telephone: (407) 455-5664
Facsimile: (407) 902-2105
E-mail: joden@balljanik.com
E-mail: kcorcoran@balljanik.com
Admitted *pro hac vice*:
James C. Prichard, PHV No. 75597
Phillip E. Joseph, PHV No. 75599
Ball Janik, LLP
101 SW Main Street, Suite 1100
Portland, OR 97204
Telephone: (503) 228-2525
Facsimile: (503) 295-1058
E-Mails: jprichard@balljanik.com
pjoseph@balljanik.com
Attorneys for Hamptons at Metrowest Condominium Association, Inc.; Park Avenue at Metrowest, Ltd; Epoch Properties, Inc.

Mitchell B. Haller
Alan B. Garfinkel, P.A., d/b/a
Katzman Gafinkel, P.A.
5297 West Copans Road
Margate, FL 33063
Telephone: (954) 486-7774
Facsimile: (954) 486-7782
E-mails: mhaller@kgblawfirm.com
lnitsch@kgblawfirm.com
efabricant@kgblawfirm.com

Attorneys for Hamptons at Metrowest Condominium Association, Inc.; Park Avenue at Metrowest, Ltd; Epoch Properties, Inc.